300 So.2d 121

**In re MAGIC TUNNEL CAR WASH EQUIPMENT CO., INC.**

**v.**

**BRUSH KING FRANCHISES, INC.**

Ex parte Magic Tunnel Car Wash Equipment Co., Inc.

SC 936.

Supreme Court of Alabama.

Sept. 5, 1974.

John S. Foster, Birmingham, for petitioner.

No brief for respondent.

MADDOX, Justice.

Petition of Magic Tunnel Car Wash Equipment Company, Inc. for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Magic Tunnel Car Wash Equipment Co., Inc. v. Brush King Franchises, Inc., 53 Ala.App. 300 So.2d 116.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and FAULKNER, JJ., concur.

307 So.2d 712

**In re James Ralph McDANIEL**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

SC 1093.

Supreme Court of Alabama.

Feb. 6, 1975.

William J. Baxley, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for petitioner, the State.

None for respondent.

FAULKNER, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in McDaniel v. State, 54 Ala.App. 314, 307 So.2d 710.

Writ denied.

BLOODWORTH, JONES, EMBRY and SHORES, JJ., concur.